IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES EDWIN GOODWIN**
ADC #092509                                                                    PETITIONER

v.                          No. 5:17-cv-182-DPM-PSH

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                          RESPONDENT

### ORDER

**1.** Motion for default judgment, № 11, denied. Kelley received Goodwin's *habeas* petition on August 28th. № 13-2. She responded on September 18th—twenty-one days later. № 10. Her response was therefore timely. № 7; RULE 5(a) OF THE RULES GOVERNING HABEAS CORPUS CASES UNDER SECTION 2254.

**2.** The Court refers this case back to Magistrate Judge Harris for further proceedings.

So Ordered.

*/s/ D.P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

29 September 2017