# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHARLES EDWARD GOODWIN
ADC #092509                                          PETITIONER

v.                    No. 5:17-cv-182-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                    RESPONDENT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 23, and overrules Goodwin's objections, № 26. FED. R. CIV. P. 72(b)(3). Even though Goodwin didn't prepare his own petition, № 26, his lack of legal knowledge isn't sufficient to warrant equitable tolling. *E.g., Kreutzer v. Bowersox*, 231 F.3d 460, 463 (8th Cir. 2000). And the record doesn't support Goodwin's claim that his lack of access to certain discovery hampered his ability to timely file his petition. Indeed, his jailhouse lawyer filed a detailed petition without that material.

Goodwin's petition is untimely; and he hasn't cleared equitable tolling's high bar. His petition will therefore be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*28 March 2018*