# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHARLES EDWARD GOODWIN
ADC #092509                                    PETITIONER

v.                      No. 5:17-cv-182-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction              RESPONDENT

## JUDGMENT

Goodwin's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 March 2018