# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHARLES EDWARD GOODWIN
ADC #092509                                                   PETITIONER

v.                              No. 5:17-cv-182-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                             RESPONDENT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation and supplemental recommendation, № 23 & № 38, and overrules Goodwin's objections, № 26 & № 41. FED. R. CIV. P. 72(b)(3). Goodwin's renewed request for discovery is denied. The initial recommendation addressed the phone records Goodwin seeks. № 23 at 5–6. And he hasn't identified other new, reliable evidence of innocence that discovery would yield.

Goodwin also requests an explanation for the stray discs provided by the State. № 26 at 4–5. It appears one exhibit was simply mislabeled: the sticker reads "Charles Edward Jackson" — but it bears the correct case number; and the disc itself is labeled "Int. Goodwin." № 18-3 at 14. The other two discs have circuit court and appellate court case numbers from two other 2006 Ouachita County, Arkansas, cases. № 18-3 at 27–28. The discs weren't among the twelve exhibits

admitted at Goodwin's trial. № 18-1 at 14–15. As best the Court can tell, they're unrelated flotsam that somehow floated into the state appellate record. No further explanation is required in the circumstances.

Neither Goodwin's lack of legal knowledge nor his showing on innocence warrant equitable tolling. *Kreutzer v. Bowersox*, 231 F.3d 460, 463 (8th Cir. 2000); *Schlup v. Delo*, 513 U.S. 298, 324 (1995). His petition is therefore untimely and will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 August 2018