# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CHARLES EDWARD GOODWIN**
**ADC #092509**                                               **PETITIONER**

v.                          **No. 5:17-cv-182-DPM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**            **RESPONDENT**

## JUDGMENT

Goodwin's petition is dismissed with prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

22 August 2018